**Electronically Filed
Supreme Court
SCWC-10-0000243
17-FEB-2012
02:52 PM**

SCWC-10-0000243

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I ,
Respondent/Plaintiff-Appellee,

vs.

WILLIAM A. DANIELS, JR.,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP NO. 10-0000243; CASE NO. 1DTA-10-01712)

AMENDED[1]
ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna JJ.)

Petitioner/Defendant-Appellant William A. Daniel, Jr.'s application for writ of certiorari, filed on January 23, 2012, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, February 17, 2012.

Timothy Mac Master for petitioner/defendant-appellant on the application

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna



---

[1] Correction made to year on Dated line.